| AO-19 Rev. 1/93 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-112) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) Daniel, Wiley Young | 2. Court or Organization United States District Court | 3. Date of Report 3-31-95 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) Article III Judge - Active | 5. Report Type (check appropriate type) X Nomination, Date___ ___ Initial ___ Annual ___ Final | 6. Reporting Period 1/1/94 to 3/31/95 |
| 7. Chambers or Office Address 1200 17th St., Suite 2400 Denver, CO 80202 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___ Reviewing Officer Signature ___ | |

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| See attached sheet | |
| | |
| | |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |

None except that Gorsuch, Kirgis, Campbell, Walker & Grover, 1401 17th St., Suite 1100, Denver, CO 80202, a law firm I left in 1988 makes annual payments to me as part of former partner buyout plan. The principal balance owed to me is approximately $38,000.00 plus interest.

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| | Popham, Haik, Schnobrich & Kaufman | $ 190,000 |
| | Gorsuch, Kirgis, Campbell, Walker & Grover | $ 5,000 |
| | Stanley British Primary School - spouse's employer | $ |
| | | $ |
| | | $ |

I.    Positions

Shareholder, Popham, Haik, Schnobrich & Kaufman, Ltd.

Director and Vice-Chairman, Iliff School of Theology

Board Member, Colorado State Board of Agriculture

Director, Children's Legal Clinic

Director, Bonfils Blood Center

Chair of Administrative Council, Park Hill United Methodist Church

Partner, Associated Capital Enterprises

President-Elect, Western States Bar Conference

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Daniel, Wiley Young | Date of Report<br>3-31-95 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| [ ] NONE (No such reportable reimbursements or gifts) | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [ ] NONE (No such reportable gifts) | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [ ] NONE (No reportable liabilities) | | |
| Dartmouth College (J) | College tuition for daughter | J |
| Duke University (J) | College tuition for daughter | J |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES:  J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
                N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Daniel, Wiley Young | 3-31-95 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of report-ing individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 Popham Haik pension accounts | None | | L | T | E | X | | M | P | |
| 2 Dean Witter mutual fund | None | | J | T | | | | | | |
| 3 Interest in real property 513 Highwood Terrace, Frisco | None | | K | W | | | | | | |
| 4 Colorado | | | | | | | | | | |
| 5 Interest in 2634 S. Race St., Denver, CO | None | | J | W | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less   B=$1,001 to $2,500   C=$2,501 to $5,000   D=$5,001 to $15,000
(See Col. B1 & D4) E=$15,001 to $50,000   F=$50,001 to $100,000   G=$100,001 to $1,000,000   H=more than $1,000,000
2 Value Codes: J=$15,000 or less   K=$15,001 to $50,000   L=$50,001 to $100,000   M=$100,001 to $250,000
(See Col. C1 & D3) N=$250,001 to $500,000   O=$500,001 to $1,000,000   P=more than $1,000,000
3 Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2) U=Book Value   V=Other   W=Estimated

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Daniel, Wiley Young | 3-31-95 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

None

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Wily Young Daniel_    Date 3-31-95

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

## FINANCIAL STATEMENT
### NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 5 | 000 | 00 | Notes payable to banks—secured | | 8 | 400 |
| U.S. Government securities—add schedule | | | | Notes payable to banks—unsecured | | | |
| Listed securities—add schedule | 3 | 500 | 00 | Notes payable to relatives | | | |
| Unlisted securities—add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid tax and interest | | | |
| Doubtful | | | | Real estate mortgages payable—add | | | |
| Real estate owned—add schedule | 279 | 000 | 00 | schedule | | 218 | 000 |
| Real estate mortgages receivable | | | | Chattel mortgages and other liens payable | | | |
| Autos and other personal property | 8 | 000 | 00 | Other debts—itemize | | | |
| Cash value—life insurance | 4 | 000 | 00 | Children's School (College) | | 45 | 000 |
| Other assets—itemize | | | | Miscellaneous Charge Cards | | 18 | 000 |
| Partner Buy-Out | 38 | 000 | 00 | Auto Lease Payments | | 11 | 500 |
| Interest in Retirement Plan | 88 | 000 | 00 | | | | |
| Personal Property | 30 | 000 | 00 | Total Liabilities | | 300 | 9c |
| | | | | Net worth | | 174 | 10 |
| Total Assets | 475 | 000 | 00 | Total Liabilities and net worth | | 475 | 00 |

| CONTINGENT LIABILITIES | NONE | | | GENERAL INFORMATION | | | |
|---|---|---|---|---|---|---|---|
| As endorser, comaker or guarantor | | | | Are any assets pledged? (add schedule.) | | | NO |
| On Leases or contracts | | | | Are you defendant in any suits or legal | | | |
| Legal Claims | | | | actions? | | | NO |
| Provision for Federal Income Tax | | | | Have you ever taken bankruptcy? | | | NO |
| Other special debt | | | | | | | |

Wiley Y. Daniel     3-31-95
Date

**Schedule A - All Securities** (including non-money market mutual funds)

| No. of Shares (Stock) or Face Value (Bond) | Description | Owner(s) | Where Held | Cost | Current Market Value | Pledged |  |
|---|---|---|---|---|---|---|---|
| | Mutual Fund | Ida S. Daniel | Dean Witter | 2,000 | 3,500 | Yes | No X |

**Readily Marketable Securities** (including U.S. Government and Municipals)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Non-readily Marketable Securities** (closely held, thinly traded or restricted stock)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Schedule B - Personal Residence & Real Estate Investments.** Mortgage Debt (including Partnership Interests)

| Personal Residence Property Address | Legal Owner | % Owned | Purchase Year | Purchase Price | Market Value | Present Balance | Monthly Payment | Interest Rate | Lender | Maturity Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 ↑ Monaco | Yes | 100% | 1977 | 7,500 | 275,000 | 203,000 | 1700 | 7.5% | General Elec. Credit | 12/202: |

| Investment Property Address | Legal Owner | % Owned | Purchase Year | Purchase Price | Market Value | Present Income | Monthly Income | Monthly Payment | Lender | Maturity Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 513 Highwood Frisco, CO | Yes | 20 | 1979 | 65000 | 124000 | 39000 | 950 | 800 | North American | 6/202: |

**Schedule C - Loans Due Me** (Secured and Unsecured) Name of Payee _____

| Owed By | Loan Amount | Collateral | Interest Rate | Maturity | Monthly Payment | Unpaid Balance |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Schedule D - Life and Disability Insurance Carried** (including Keyman and Health)

| Name of Company | Face Amount of Policy | Type of Policy | Beneficiary | Cash Value | Amount Borrowed | Ownership |
|---|---|---|---|---|---|---|
| Equitable of U.S. | 200,000 | Universal | Ida S. Daniel | 4000 | 2,000 | Ida S. Dani: |
| Security Life of Denver | 150,000 | Term | Ida & Daniel | | | Wiley Dani: |
| Equitable of U.S. | 125,000 | Term | Wiley Y. Daniel | | | Wiley Dan: |

**Schedule E - Business Interests** (including Partnerships)

| Name & Address of Venture | Percent of Ownership | Type of Entity | Position Held | Cost | Market Value | Contingent Liabilities |
|---|---|---|---|---|---|---|
| Associated Capital Ent. | 25% | Partnership | Partner | 19000 | 49000 | |
| | | | | | | |

*Note: For investments which represent a material portion of your total assets, please include the relevant financial statements or tax returns. In the case of partnership investments or S-corporations, schedule K-1s.

**Schedule F - Notes Payable** (including this bank); note whose obligation: B - Borrower   C - Co-Applicant   J - Joint

| Owed to | Loan Amount | Collateral | Interest Rate | Maturity | Monthly Payment | Unpaid Balance |
|---|---|---|---|---|---|---|
| First Interstate | 1410.00 | None | 0% | 1/94 | 235.00 | 940.0( |
| Bank One | 8400.00 | 1990 Ford Aerostar | 7.5% | 498 | 240.00 | 7800.0 |

Have you had:

Bankruptcy? No X Yes ☐ Year ___   Garnishment? No X Yes ☐ Year ___   Judgement? No X Yes ☐ Year ___   Repossession? No X Yes ☐ Year ___

Chapter ___ Discharged? No ☐ Yes ☐

**Other Information**

Income Tax settled through (date) _December 31_ 19 _93_

| | No | Yes | Amount |
|---|---|---|---|
| Are you obligated to pay alimony or child support or separate maintenance payments? | X | ☐ | $ |
| Are you currently paying rent? | X | ☐ | $ |
| Are you a guarantor, co-maker or endorser for any debt of an individual or business? | ☐ | X | $ 10,000 L Frisco Investment Property Above |
| Are you a party in any suit? Describe: | X | ☐ | |
| Are you liable on any lease or contract, letters of credit or surety bond? | X | ☐ | $ |

Do you have a Will? No ☐ Yes X

Personal bank accounts carried at _First Interstate + Bank One_